UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**2:26-mc-95**

## DESIGNATION OF A BANKRUPTCY JUDGE

## FOR SERVICE IN A DISTRICT WITHIN THE SECOND CIRCUIT
*For the Purpose of Mediating a Specific Case*

Pursuant to 28 U.S.C. § 155(a), I hereby designate the Honorable William J. Fisher, United States Bankruptcy Judge for the District of Minnesota, to perform the duties of United States Bankruptcy Judge temporarily for the District of Vermont for the specific case *In re: Roman Catholic Diocese of Burlington, Vermont,* Case No. 24-10205 in the capacity as mediator. The term of the designation is August 1 through December 31, 2026 and for such further time as may be required to complete unfinished business.

Dated: July 21 , 2026

CERTIFIED COPY
Catherine O'Hagan Wolfe, Clerk

by _[signature: Catherine O'Hagan Wolfe]_
       ~~DEPUTY~~ CLERK

July 21 , 20 26

_[signature]_
Raymond J. Lohier, Jr.
Chief Judge
United States Court of Appeals
for the Second Circuit

_[Filed stamp: UNITED STATES COURT OF APPEALS FILED JUL 21 2026 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]_

cc:   Hon. Steven M. Colloton, Chief Judge, Eighth Circuit
      Hon. Eric C. Tostrud, Chief Judge, District of Minnesota
      Hon. Katherine A. Constantine, Chief Judge, District of Minnesota Bankruptcy Court
      Susan E. Bindler, Clerk of Court, Eighth Circuit
      Millie Adams, Eighth Circuit Executive
      Kate M. Fogarty, Clerk of Court, District of Minnesota
      Tricia M. Pepin, Clerk of Clerk, District of Minnesota Bankruptcy Court
      Hon. Christina Reiss, Chief Judge, District of Vermont
      Hon. Heather Z. Cooper, Chief Judge, District of Vermont Bankruptcy Court
      Jeffrey Eaton, Clerk of Court, District of Vermont and District of Vermont Bankruptcy Court
      Catherine O'Hagan Wolfe, Clerk of Court, Second Circuit
      Michael Jordan, Second Circuit Executive